# EXHIBIT B

May 18, 2009

This letter agreement outlines the parameters of an agreement by and between Sarkis Café, Inc. (Café) and Sarkis In The Park, LLC (Park). The agreement will allow Park to execute a lease and begin initial capitalization while a formal franchise agreement is being prepared. This agreement will be supplanted by the formal franchise agreement.

1. Café will receive 5% of the gross profit of Park for the first five years of operation excluding officer or shareholder salary. Said profit will be no less than $40,000.00 for the first 365 days of operation.
2. Café will receive 2% of the gross profit per year, after the initial five years, for as long as the location is open
3. This agreement is only for one location, however, Park has the right of first refusal for any future franchise location.
4. Café will allow Park to use its trade names, trademarks, recipes, names of suppliers and other relevant intellectual property.
5. Café will use its best efforts to provide one cook and one prep employee at the Park location for 3-6 months at Parks expense.

_____  
Sarkis Café, Inc.

_____  
Sarkis In The Park, LLC

SARKS-000007