**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division**

Sarkis Cafe, Inc.
        Plaintiff,

v.                Case No.: 1:12−cv−09686
                Honorable John Z. Lee

Sarks in the Park, LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

  MINUTE entry before the Honorable John Z. Lee: In light of the suggestion of bankruptcy as to Scott Jaffe, the Court strikes without prejudice Third−Party Plaintiff's motion for summary judgment [192]. The Third−Party Plaintiff shall notify the Court within thirty days after the stay is lifted. Failure to do so will result in the dismissal of the third−party complaint as to Jaffe. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.